# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

Marilyn Kelly,
Chief Justice

136787(54)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

KNIGHT ENTERPRISES, INC.,
        Plaintiff-Appellee,

v

FAIRLANE CAR WASH, INC., PPJ
ENTERPRISES, L.L.C., JOHN MASOURAS, and
JAMES MASOURAS,
        Defendants-Appellants.

SC: 136787
COA: 276838
Wayne CC: 05-515075-CK

_____/

On order of the Court, the motion for reconsideration of this Court's October 1, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH, J., not participating due to a familial relationship with counsel of record.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

_____
Clerk

p0420